IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

BETH CALL, Individually and as Special
Administrator of the Estate of Jeffrey
James Call, Deceased                                                    PLAINTIFF

v.                              No. 4:23-cv-903-DPM

SENTRA LOGISTICS, LLC;
JAVARUS DE'VON OWENS;
JOHN DOES 1-5; and JOHN
DOE CORPORATIONS 1-5                                                  DEFENDANTS

## ORDER

Jeffrey Call was severely injured in a tractor-trailer accident. He filed this lawsuit in state court in July 2023 against the trucking company, the truck driver, and other unknown parties involved in the accident. Call died two weeks later. His estate's personal representative, Beth Call, was substituted in an amended complaint, and the case progressed. Owens, the truck driver, removed the case to this Court. Call now moves to remand, arguing that Owens's removal was untimely and that complete diversity doesn't exist.

First, removal was timely. Owens learned about the case on 13 September 2023. *Doc. 19-3*. He was served on 28 September 2023. *Doc. 19-2 at 6*. And he filed his notice of removal on 29 September 2023. *Doc. 1*. His notice was well within the thirty-day time limit for removal. 28 U.S.C. § 1446(b)(2)(B). That time limit started running on the date

Owens was served. *Murphy Brothers, Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 348-50 (1999). It's immaterial that his lawyer received the complaint sooner. *Ibid.*

Second, this Court has subject matter jurisdiction. The amount in controversy exceeds $75,000. 28 U.S.C. § 1332(a). Jeffrey Call was an Arkansawyer. Beth Call is, too. Sentra Logistics, LLC is a citizen of Michigan, where its sole member resides. *Great River Entertainment, LLC v. Zurich American Insurance Co.*, 81 F.4th 1261, 1263 (8th Cir. 2023). And Owens, who now lives in Florida, was a citizen of South Carolina when the original complaint was filed. *Doc. 19-3 at 1*; *Wagstaff & Cartmell, LLP v. Lewis*, 40 F.4th 830, 839 (8th Cir. 2022). Complete diversity existed when the complaint was filed and still exists. 28 U.S.C. § 1332(a)(1).

Last, Sentra's designation of a registered agent for service in Arkansas doesn't defeat complete diversity. And Owens is not estopped from asserting that this Court has subject matter jurisdiction. Subject matter jurisdiction cannot be waived by the parties or conferred by consent. *United States v. Redstone*, 488 F.2d 300, 301 (8th Cir. 1973).

\* \* \*

Motion to remand, *Doc. 16*, denied.

Owens was served. *Murphy Brothers, Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 348-50 (1999). It's immaterial that his lawyer received the complaint sooner. *Ibid.*

Second, this Court has subject matter jurisdiction. The amount in controversy exceeds $75,000. 28 U.S.C. § 1332(a). Jeffrey Call was an Arkansawyer. Beth Call is, too. Sentra Logistics, LLC is a citizen of Michigan, where its sole member resides. *Great River Entertainment, LLC v. Zurich American Insurance Co.*, 81 F.4th 1261, 1263 (8th Cir. 2023). And Owens, who now lives in Florida, was a citizen of South Carolina when the original complaint was filed. *Doc. 19-3 at 1*; *Wagstaff & Cartmell, LLP v. Lewis*, 40 F.4th 830, 839 (8th Cir. 2022). Complete diversity existed when the complaint was filed and still exists. 28 U.S.C. § 1332(a)(1).

Last, Sentra's designation of a registered agent for service in Arkansas doesn't defeat complete diversity. And Owens is not estopped from asserting that this Court has subject matter jurisdiction. Subject matter jurisdiction cannot be waived by the parties or conferred by consent. *United States v. Redstone*, 488 F.2d 300, 301 (8th Cir. 1973).

\* \* \*

Motion to remand, *Doc. 16*, denied.

So Ordered.

*/s/ DP Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

7 December 2023