IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

BETH CALL, Individually and as Special
Administrator of the Estate of Jeffrey
James Call, Deceased                                                    PLAINTIFF

v.                              No. 4:23-cv-903-DPM

SENTRA LOGISTICS, LLC; JAVARUS
DE'VON OWENS; JOHN DOES 1-5; and
JOHN DOE CORPORATIONS 1-5                                       DEFENDANTS

## ORDER

Call's motion for leave to amend her complaint, *Doc. 47*, is granted. While there will be some additional work, Sentra and Owens will not be substantially prejudiced. Call moved to amend within the deadline set by the Final Scheduling Order. *Doc. 26 at 1*. And leave to amend should be freely given when justice requires. Fed. R. Civ. P. 15(a)(2). The current trial date can be kept, with extensions of the expert and discovery deadlines. Call, however, may identify another expert only about Golden State-related issues.

The Court is not persuaded, at first blush, that the new counts are futile. Sentra's and Owens's points about count six's futility are noted. But the substance of that count tracks a negligent hiring claim, which Arkansas law recognizes. *Paulino v. QHG of Springdale, Inc.*, 2012 Ark. 55, at *13 (2012). If Golden State decides to file a Rule 12(b)

motion, the Court will dig in after getting detailed argument from that defendant and Call.

\*   \*   \*

Motion, *Doc. 47*, granted. Fourth amended complaint due by 18 October 2024. Sentra's motion to file an amended answer to the third amended complaint, *Doc. 48*, is denied as moot. Call must serve Golden State as soon as possible and no later than 25 October 2024. An Amended Final Scheduling Order will issue.

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

9 October 2024