IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

BETH CALL, Individually and as Special
Administrator of the Estate of Jeffrey
James Call, Deceased                                                              PLAINTIFF

v.                              No. 4:23-cv-903-DPM

SENTRA LOGISTICS, LLC; JAVARUS
DE'VON OWENS; JOHN DOES 1-5; and
JOHN DOE CORPORATIONS 1-5                                              DEFENDANTS

ORDER

The Court denies Christina Call's motion to quash, *Doc. 102*, without prejudice. Sentra and Jones have withdrawn the subpoena. *Doc. 113*. Call's continuing objections to the defendants' request for targeted record authorizations, however, are overruled. Her minor son is a statutory beneficiary of Jeffrey James Call. The boy's school and medical records are relevant to the estate's claims for him. And the request is not unduly burdensome. Fed. R. Civ. P. 45(d)(3). The Court appreciates the sensitive nature of this information. The parties may not use the records for any purpose other than this lawsuit; and the information must otherwise remain confidential. The Court directs Christina Call to sign the limited medical and school records authorizations, *Doc. 113-1 & 113-2*. She must return the signed originals to Wright, Lindsey, & Jennings, LLP, by 23 December 2025.

So Ordered.

*WPMarshall Jr.*

D.P. Marshall Jr.
United States District Judge

11 December 2025

-2-